**Dated: March 08, 2013**
**The following is SO ORDERED:**

_____
**David S. Kennedy**
**UNITED STATES CHIEF BANKRUPTCY JUDGE**

_____

IT500

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| In re: | Chapter 13 |
| DAVID L HUGHES & TRACY L HUGHES | |
| Debtor(s) | Case No. 12-27814-K |

## ADMINISTRATIVE ORDER ALLOWING CLAIMS

It appearing to the Court that the Standing Chapter 13 Trustee has shown the Court that he or she has examined the proofs of claim, objected to the allowance of such claims as appeared to be improper, and entered orders on claims that are prima facie improper. After such examination, objections and orders, the Trustee states that the following claims should be deemed allowed, and those listed 'not filed' should be noted.

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| CREDIT ACCEPTANCE CORP<br>25505 W 12 MILE RD<br>SUITE 3000<br>SOUTHFIELD, MI  48034-8339 | $9,995.50 | SECURED BY AUTOMOBILE |
| BAPTIST MEMORIAL HOSP TIPTON<br>1995 HIGHWAY 51 SOUTH<br>COVINGTON, TN  38019 | | NO CLAIM FILED BY CREDITOR |
| CITGO<br>PO BOX 9096<br>DES MOINES, IA  50368 | | NO CLAIM FILED BY CREDITOR |

PAGE  2    -    CHAPTER 13 CASE NO.  12-27814-K

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| CAPITAL ONE BANK USA NA<br>BY AMERICAN INFOSOURCE LP AS AGENT<br>PO BOX 71083<br>CHARLOTTE, NC  28272 | $1,488.86 | UNSECURED (GENERAL) |
| AMERICAN INFOSOURCE LP AS AGENT FOR<br>MIDLAND FUNDING LLC<br>PO BOX 268941<br>OKLAHOMA CITY, OK  73126 | $785.32 | UNSECURED (GENERAL) |
| NCO FINANCIAL<br>PO BOX 15110<br>WILMINGTON, DE  19850 | | NO CLAIM FILED BY CREDITOR |
| REVENUE RECOVERY CORPORATION<br>PO BOX 341308<br>MEMPHIS, TN  38184-1308 | | NO CLAIM FILED BY CREDITOR |
| AAFES/MIL START/EXCHANGE<br>C/O CREDITORS BANKRUPTCY SERVICE<br>PO BOX 740933<br>DALLAS, TX  75374 | $969.90 | UNSECURED (GENERAL)<br><br>[Add] |
| AMERICAN INFOSOURCE LP AS AGENT FOR<br>MIDLAND FUNDING LLC<br>PO BOX 268941<br>OKLAHOMA CITY, OK  73126 | $1,671.88 | UNSECURED (GENERAL)<br><br>[Add] |
| QUANTUM3 GROUP LLC<br>PO BOX 788<br>KIRKLAND, WA  98083 | $50.00 | UNSECURED (GENERAL)<br><br>[Add] |
| QUANTUM3 GROUP LLC<br>PO BOX 788<br>KIRKLAND, WA  98083 | $423.50 | UNSECURED (GENERAL)<br><br>[Add] |
| AMERICAN INFOSOURCE LP AS AGENT FOR<br>MIDLAND FUNDING LLC<br>PO BOX 268941<br>OKLAHOMA CITY, OK  73126 | $450.40 | UNSECURED (GENERAL)<br><br>[Add] |

PAGE  3    -    CHAPTER 13 CASE NO.  12-27814-K

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| PREMIER BANKCARD CHARTER<br>PO BOX 2208<br>VACAVILLE, CA  95696 | $518.13 | UNSECURED (GENERAL)<br><br>[Add] |
| RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENSVILLE, SC  29603-0587 | $11,603.08 | UNSECURED (GENERAL)<br><br>[Add] |
| RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENSVILLE, SC  29603-0587 | $596.71 | UNSECURED (GENERAL)<br><br>[Add] |
| INSOLVE RECOVERY LLC<br>C/O CAPITAL RECOVERY GROUP LLC<br>PO BOX 123203 DEPT 3203<br>DALLAS, TX  75312 | $408.00 | UNSECURED (GENERAL)<br><br>[Add] |
| MEMPHIS LIGHT GAS & WATER DIVISION<br>220 S MAIN<br>PO  BOX 430<br>MEMPHIS, TN  38103 | $838.95 | UNSECURED W/MTH PYMT |

WHEREFORE, your Trustee prays that those claims which have been filed be deemed allowed for the purpose of distribution pursuant to the confirmed plan and other orders of the Court .

/S/ George W. Stevenson
CHAPTER 13 TRUSTEE

Upon the foregoing motion, the court finds that the matters stated therein are true and, that;

Pursuant to Chapter 13 Rule 3007, the claims which have been filed as recited above shall be deemed allowed for the purpose of distribution unless objection is made by the debtor or other party in interest, within 30 days from the date of this order;

PAGE  4    -    CHAPTER 13 CASE NO.  12-27814-K

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|

IT IS THEREFORE ORDERED, that a copy of this order and motion be mailed to the debtor (s) and to the debtor's attorney of record, and that the debtor(s) be given 30 days from the date of this order within which to examine the proofs of claim and to file a written objection to any claim which may be improper.  The absence of a timely written objection will be deemed approval by the debtor(s) of the claims as recited above and the claims shall be allowed for the purpose of distribution pursuant to the confirmed plan and other orders of this Court.

CC: George W. Stevenson
SP
    DAVID L HUGHES & TRACY L HUGHES
    7756 CAPTAIN ROAD
    MILLINGTON, TN  38053

    RALEIGH E SANFORD JR, ATTY
    9043 BARRET ROAD
    MILLINGTON, TN  38053-4811